A CERTIFIED TRUE COPY

NOV 26 2001

ATTEST

FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

RECEIVED BY MAIL

DEC 07 2001

CLERK US DIST COURT ST. PAUL, MN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV - 7 2001

FILED CLERK'S OFFICE

*DOCKET NO. 1313*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AT&T CORP. FIBER OPTIC CABLE INSTALLATION LITIGATION*

FILED

DEC 4 2001

U.S. DISTRICT COURT INDIANAPOLIS, INDIANA

*9-M Corp. v. AT&T Corp., et al.*, D. Minnesota, C.A. No. 0:01-1338

## *CONDITIONAL TRANSFER ORDER (CTO-7)*

On December 7, 1999, the Panel transferred five civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than five additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable David F. Hamilton.

It appears from the pleadings filed in the above-captioned action that it involves questions of fact which are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the above-captioned action is hereby transferred under 28 U.S.C. §1407 to the Southern District of Indiana for the reasons stated in the order of December 7, 1999, and, with the consent of that court, assigned to the Honorable David F. Hamilton.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 26 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
CERTIFIED: A TRUE COPY
CLERK OR DEPUTY
LAURA A. BRIGGS CLERK

5

Date: December 07, 2001 dl

RECORD OF DOCKET TEXT

0:01-cv-01338 9-M Corporation v. AT&T Corp

DOCKET ENTRY

CONDITIONAL TRANSFER ORDER (Judicial Panel on Multidistrict Litigation / 11/26/01) transferring case to the U.S. District Court for the Southern District of Indiana per the MDL panel, termination notice 1pg(s) (cc: all counsel) Mailed entire Clerk's file, by certified mail, along with certified copies of Conditional Transfer Order and docket entries to the Clerk's Office, U.S. District Court for the Southern District of Indiana, 105 U.S. Courthouse,46 East Ohio Street, Indianapolis, IN 46204

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL